**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

BRUCE KREITMAN

    VS                                                                CASE NO.  4:20-cv-44-AW/MJF

FLORIDA DEPARTMENT OF
CORRECTIONS ET AL

**JUDGMENT**

Plaintiff's claims are dismissed without prejudice.

JESSICA J. LYUBLANOVITS
CLERK OF COURT

June 17, 2020                             s/Betsy Breeden
DATE                                       Deputy Clerk: Betsy Breeden